(Official Form 1) (12/03)

| FORM B1 **United States Bankruptcy Court** Middle District of Florida | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Blowe, James Milton** | Name of Joint Debtor (Spouse) (Last, First, Middle)<br>**Blowe, Deana Snavely** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names)<br>**N/A** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names)<br>**Deana Ann Snavely Blowe** |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all)<br>**xxx-xx-9306** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all)<br>**xxx-xx-5131** |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**47617 Rabbit Road**<br>**Altoona, FL 32702** | Street Address of Joint Debtor (No & Street, City, State & Zip Code)<br>**47617 Rabbit Road**<br>**Altoona, FL 32702** |
| County of Residence or of the<br>Principal Place of Business    **Lake** | County of Residence or of the<br>Principal Place of Business    **Lake** |
| Mailing Address of Debtor (if different from street address)<br>**N/A** | Mailing Address of Joint Debtor (if different from street address)<br>**N/A** |

Location of Principal Assets of Business Debtor
(if different from street address above)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | |
|---|---|
| ■ Individual(s) | ☐ Railroad |
| ☐ Corporation | ☐ Stockbroker |
| ☐ Partnership | ☐ Commodity Broker |
| ☐ Other_____ | ☐ Clearing Bank |

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
- ☐ Chapter 9   ☐ Chapter 12
- ☐ Sec 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business   ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U S C § 101
- ☐ Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only)
  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

982327
M O 209

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Blowe, James Milton**<br>**Blowe, Deana Snavely** | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed   **N/A** | Case Number<br>**N/A** | Date Filed |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor<br>**N/A** | Case Number<br>**N/A** | Date Filed |
| District<br>**N/A** | Relationship<br>**N/A** | Judge<br>**N/A** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X *(signature)*
Signature of Debtor **James Milton Blowe**

X *(signature)*
Signature of Joint Debtor **Deana Snavely Blowe**

Telephone Number (If not represented by attorney)

*6/11/04*
Date

**Signature of Attorney**

X *(signature)*
Signature of Attorney for Debtor(s)
**Donald E. Petersen 0776238**
Printed Name of Attorney for Debtor(s)
**Law Offices of Donald E. Petersen**
Firm Name
**P.O. Box 1948**
**Orlando, FL 32802-1948**
Address
**(407) 648-9050  Fax: (407) 648-4316**
Telephone Number
*6/11/04*
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X *(signature)*   06/11/04
Signature of Attorney for Debtor(s)   Date
**Donald E. Petersen**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U S C § 110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

# United States Bankruptcy Court
## Middle District of Florida

In re  **James Milton Blowe**
**Deana Snavely Blowe** _____    Case No _____
                                            Debtor(s)    Chapter   **7**   _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge

Date _6-11-04_                      _James Milton Blowe_
                                   **James Milton Blowe**
                                   Signature of Debtor

Date _6-11-04_                      _Deana Snavely Blowe_
                                   **Deana Snavely Blowe**
                                   Signature of Debtor

James Milton Blowe
47617 Rabbit Road
Altoona, FL 32702

Cardiovascular Assoc-Lake Co
1879 Nightingale Lane
C-1
Tavares, FL 32778

Dept. of Veterans
P O. Box 17574
Baltimore, MD 21203


Deana Snavely Blowe
47617 Rabbit Road
Altoona, FL 32702

Central Florida Pathology Gr
P.O. Box 3009
Eustis, FL 32729

Discover Card
P O Box 30957
Salt Lake City, UT 84130


Donald E Petersen
Law Offices of Donald E Petersen
P O. Box 1948
Orlando, FL 32802-1948

Chamberlain Edmonds & Assoc
Florida Hospital Waterman
3194 Enisgrove Dr., E
Palm Harbor, FL 34683

Dr. Christy McCaskill, M.D.
Cary Women's Center
300 Ashville Ave
Cary, NC 27511


Alternative Recovery Mgmt
8204 Parkway Dr., Ste 9
La Mesa, CA 91942

Citicards
f/k/a AT&T
Card Service Center
P O. Box 6077
Sioux Falls, SD 57117

Dr. Frerking
915 East Alfred St.
Tavares, FL 32778


Bank One
Triadvantage Credit Serv.
1160 Centre Pointe Dr
Suite # 1
Saint Paul, MN 55120

Computer Credit
Leesburg Regional Medical Ce
Claims Dept 016272
P O. Box 5238
Winston Salem, NC 27113

Dr Radnothy
P O Drawer 2325
Umatilla, FL 32784


Bank One
Viking Collection Service
P O Box 59207
Minneapolis, MN 55459

Computer Credit, Inc
Florida Hospital Waterman
Claim Dept 002885
640 W 4th St.
Winston Salem, NC 27113

Dr. Steven Nerad
18 North Eustis St.
Eustis, FL 32726


Bank One Cardmember
P O. Box 15153
Wilmington, DE 19886

Culligan of Florida
P O. Box 680627
Orlando, FL 32868

Dr. Wayne Nevale
P O Box 5518
Athens, GA 30604


Bank One Cardmember
Bank One Law Dept.
DE1-1406
201 N Walnut St
Wilmington, DE 19801

CVCS
Bank One
P O. Box 59207
Minneapolis, MN 55459

Edna Snavely
P O. Box 68
Umatilla, FL 32784


Bowling Property Management
P O Box 1722
Garner, NC 27529

Daniel LaFlamme
15221 Old U S Highway 441
Tavares, FL 32778

Encore Receivable Mngmt
P O Box 6000
Olathe, KS 66063-6000

Federal Nat'l Mtg Assoc
950 E Paces Ferry Rd.
Suite 1800
Atlanta, GA 30326

Florida Dept. of Rev
Bankruptcy Unit
P.O Box 6668
Tallahassee, FL 32314

Florida Diagnostic Imaging
P.O Box 69
Eustis, FL 32727

Florida Hospital Waterman
P.O. Box 333
Eustis, FL 32727

FMA Alliance Ltd.
11811 No Freeway, Ste 900
Houston, TX 77060

George Brown Assoc, Inc
2200 Crownpoint Drive
Charlotte, NC 28227-7754

GMCS
P O Box 5960
Athens, GA 30604

Greenpoint Credit Corp
Deficiency Collection Dept.
P O Box 723308
Atlanta, GA 31139

Harvard Collection Serv
Culligan
4839 N Elston Ave.
Chicago, IL 60630

Housing & Urban Dev
3751 Maguire Blvd
Orlando, FL 32803

Interstate Batteries
366 Loyd Lane
Oviedo, FL 32765

IRS Special Procedures
400 W Bay St.
Suite 35045
Jacksonville, FL 32202

Lake County Tax Collector
P O Box 327
Tavares, FL 32778

Lake Emergency Phyisicians
Alliance Emergency Group
P O. Box 5518
Athens, GA 30604

Leesburg Regional Medical
P.O. Box 490717
Leesburg, FL 34749

MBNA
P O Box 15026
Wilmington, DE 19850

Medical Service
a/k/a North American Credit
2810 Walker Rd
Chattanooga, TN 37421

Mike Fitzgibbon
21565 Aberdeen Rd
Rocky River, OH 44116

NCO Financial Services
507 Prudential Boad
Horsham, PA 19044

Nora Rampe
36910 No Thrill Hill Rd
Eustis, FL 32736

North American Credit Serv.
Florida Hospital Waterman
2810 Walker Rd.
SUite 100
Chattanooga, TN 37421

Northern Leasing Systems, In
132 West 31st, 14th Floor
New York, NY 10001

Professional Credit Serv.,
Sprint
P.O. Box 13128
Hauppauge, NY 11788

Professional Recovery
2700 Meridan Parkway
Suite 100
Durham, NC 27713

Quality Collection Services
Florida Diagnostic Imaging
P O Box 149281
Orlando, FL 32814

RBC Centura Bank
Recovery Dept
P O. Box 2155
Rocky Mount, NC 27802

RFI
13770 50th Way N.
Clearwater, FL 33760

Richard Melvis
87 Buccaneer Dr
Leesburg, FL 34788

United States Attorney
80 North Hughey St
Orlando, FL 32801

Risk Management
Florida Hospital Waterman
P.O Box 105031
Atlanta, GA 30348

Viking Collection Serv., Inc
P.O Box 59207
Minneapolis, MN 55459

Small Business Admin
Attn. District Director
7825 Baymeadows Way
Jacksonville, FL 32202

Wake County Revenue Dept
Garland H Jones Bldg, Lower
P O Box 2331
Raleigh, NC 27602-2331

Snap On
3009 Colfax St.
Eustis, FL 32726

Sprint PCS
P.O. Box 740602
Cincinnati, OH 45274

Synergetic Communications,
306 N Spokane St
Suite H
Post Falls, ID 83854

The Capella Group
Florida Hospital Waterman
P O. Box 200368
Arlington, TX 76006

Triad Financial Corp
7711 Center Ave, Ste 250
Huntington Beach, CA 92647

U.S Attorney General
Constitution Ave & 10th
Washington, DC 20530

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court.  Court employees are prohibited from giving you legal advice

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2   Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4   Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest.  Your attorney can explain the options that are available to you

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2   Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings  Usually, the period allowed by the court to repay your debts is three years, but no more than five years  Your plan must be approved by the court before it can take effect

3   Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4   After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors  Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm

I, the debtor, affirm that I have read this notice

| | | 6/11/04 | |
|---|---|---|---|
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

# United States Bankruptcy Court
## Middle District of Florida

In re    **James Milton Blowe,**
       **Deana Snavely Blowe**

Case No. _____

_____
Debtors

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F  I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 50,000.00 | | |
| B - Personal Property | Yes | 6 | 12,431.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 116,742 79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,407.40 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,386.20 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 62,431.00 | | |
| Total Liabilities | | | | 116,742.79 | |

In re    **James Milton Blowe,**                                    Case No _____
       **Deana Snavely Blowe**

_____,
                               Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule  List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim  (See Schedule D )  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **47617 Rabbit Road**<br>**Altoona, FL**<br><br>**leased to own home** | **Fee simple** | **J** | **50,000.00** | **0.00** |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **50,000 00** | (Total of this page) |
| | Total > | **50,000.00** | |

<u> **0** </u>  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

LEASE WITH PURCHASE

**BY THIS AGREEMENT** made and entered into on February 28, 2002, between Jeffrey A Snavely herein referred to as Lesser, and James M. Blowe and Deana M Blowe herein referred to as Lessee  Lesser leases to Lessee the premises situated at 47617 Rabbit Rd , City of Altoona, County of Lake, State of Florida, together with all appurtenances, for a term of 5 years (or until financing can be arranged to purchase) to commence on March 1, 2002.

1.  Lessee agrees to pay the back payment balance on Mortgage on said property to City Financial Services whose address is 3232 W  Royal Lane, Irving Texas 75063 for Account Number 0002093437 and the  the subsequent payments in the amount of  $488.37 to the mortgage company each month

2   Security Deposit $0.00.

3   **Use of Premises**  The demised premises shall be used and occupied by Lessee exclusively as and neither the premises nor any part thereof shall be used at any time during the term of this lease by Lessee for any other purpose  Lessee shall comply with all the sanitary laws, ordinances, rules and orders of appropriate governmental authorities affecting the cleanliness occupancy, and preservation of  demised premises, and sidewalks connected, thereto during the term of this lease

4   **Condition of Premises**  Lessee stipulates that they have examined the demised premises, including the grounds and buildings and improvements, and that they are, at the time of this lease, in good order repair and in safe, clean and tenantable condition.  And lease as-is condition.

5   **Assignment and Subletting**  Without the prior written consent of Lesser, Lessee shall not assign this lease, or sublet or grant any concession or license to use the premises or any part thereof  An assignment without the prior written consent of Lesser shall terminate this lease

6.  **Damage to Premises**  If the demised premises, or any part thereof, shall be partially damaged by fire or casualty not due to Lessee's negligence or willful act that of his family, agent, or visitor, the premises shall promptly be repaired by Lesser

7.  **Purchase Option**  It is agreed that all rent shall go towards purchase of home for the purchase price of total number of monthly payments $488.37 month plus Lessor shall  pay the homeowners insurance  The taxes are paid for 2001, and will be prorated for 2002  With lessee paying March through December

IN WITNESS WHEREOF, The parties have executed this lease on the day and year first written.

Lesser

Lessees

In re    **James Milton Blowe,**          Case No _____
         **Deana Snavely Blowe**

_____
                    Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1  Cash on hand | | **cash on hand** | J | **20.00** |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **checking and savings with:** **Insight Financial Credit Union P.O. Box 4900 Orlando, FL 32802** **act ending in #: 157** | J | **0.00** |
| | | **Savings and checking.** **North Carolina Credit Union Raleigh, NC** **savings ending in  295 checking ending in: 218** | J | **30.00** |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | **answering machine, lamps(4), refrigerator, bed, clocks(3), love seat, satellite system, filing cabinets(2), sewing machine and table, coffee table, book shelves(2), computer, microwave, desks(2), mower, sofa, stereo, night table, dining chairs(4), bureaus(2), DVD player, dining table, stove, camcorder, dresser, oven, tape recorder, cameras(2), dryer, TV, cassette player, end tables(2), pictures(3), cd player, entertainment center, vacuum, chairs(2), radio and washer** | J | **441.00** |
| | | **pots, pans, glasses, dishes, flatware, toiletries, _electric can opener, bread maker, toaster, coffee maker_, assorted miscellaneous tools** | J | **200.00** |

Sub-Total >          **691.00**
(Total of this page)

_**5**_   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **James Milton Blowe,**                                    Case No _____
         **Deana Snavely Blowe**

_____
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | music tapes, 3 Christmas cds, 3 music cds | J | 15.00 |
| 6 | Wearing apparel | | debtors clothing | J | 170.00 |
| 7 | Furs and jewelry | | 1 class ring, 2 wedding bands, 1 engagement ring, 2 watches | J | 100.00 |
| 8 | Firearms and sports, photographic, and other hobby equipment | | scuba diving equipment, 41 shot gun, bow and arrows | J | 250.00 |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | | Wife's insurance policy: | J | 1.00 |
| | | | Jefferson Pilot P.O. Box 21008 Greensboro, NC 27420 | | |
| | | | policy· JP4296468 | | |
| | | | 100K face value and 90 cash value already borrowed against. Debtor claims 100% exempt  regardless of fair market value | | |
| | | | Husband's term life insurance policy: | J | 1.00 |
| | | | Insight Financial 10,000 face value | | |
| | | | not part of bankruptcy estate and, therefore, listed as exempt listed for disclosure purposes only | | |
| | | | auto insurance: | J | 0.00 |
| | | | Horace Mann Auto Insurance or Teachers Insurance Co P.O. Box 19463 Springfield, IL 62794 | | |
| | | | policy # 09-58266950 | | |
| | | | not part of the bankruptcy estate listed of for informational purposes only | | |

|  | Sub-Total > | 537.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions  Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **James Milton Blowe,**                                              Case No. _____
         **Deana Snavely Blowe**

_____
                                    Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Wife's health insurance policy with:** | J | 0.00 |
| | | **Blue Cross & Blue Sheild of Florida contract # XJB267315131 group# 49466001** | | |
| | | **listed for informational purposes only not part of bankruptcy estate** | | |
| | | **Health insurance through Florida KidCare for two daughters:** | J | 0.00 |
| | | **United Healthcare** | | |
| | | **Eleanor# 05096-238891833-00 Michaela# 9252786317** | | |
| | | **not part of bankruptcy estate listed for disclosure purposes only** | | |
| 10   Annuities  Itemize and name each issuer | X | | | |
| 11   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | | **Wife's Pension with Florida Retirement System P.O. Box 1330 Tallahassee, FL 32317** | J | Unknown |
| | | **100% claimed as exempt regardless of actual fair market value** | | |
| 12   Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |
| 13   Interests in partnerships or joint ventures  Itemize | X | | | |
| 14   Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |

Sub-Total >                     0.00
(Total of this page)

Sheet __**2**__ of __**5**__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions  Inc - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re    **James Milton Blowe,**
**Deana Snavely Blowe**                                        Case No _____

_____
                                Debtors
# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15  Accounts receivable | | **potential lump sum Social Security Disability payment** <br><br> **estimated fair market value is currently approximately  $ 0.00, but application is in process. 100% exempt regardless of value** | **J** | **0.00** |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21  Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22  Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories | | **1989 Lincoln Towncar 173,445 miles** | **J** | **1,000.00** |

Sub-Total >     **1,000.00**
(Total of this page)

Sheet  __3__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston  IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **James Milton Blowe,**
         **Deana Snavely Blowe**

Case No. _____

_____
                          Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1997 Ford Explorer Sport, 90,832 miles, 2wd | J | 4,650.00 |
| | | Registered to Danny LaFlamme, straw borrower | | |
| | | Avon Inflatable | J | 150.00 |
| | | 22 FT Explorer Sailboat -25 years old needs extensive repairs (dry rot)-of value only to the debtors due to condition ($ 1.00) with 2 trailers ($ 200.00) | J | 201.00 |
| | | 1997 Ford Explorer, VIN IFMCU22E8VUA5 4468, Danny LaFlame is straw borrower (Title is in his name until loan pd. off) Ford Motor Credit has PMSI $4000 | J | 4,650.00 |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| 26 Office equipment, furnishings, and supplies | X | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business | | 10" Table saw 12" sander small band saw assorted electrical carpenter tools assorted mechanical tools assorted hand tools | J | 450.00 |
| 28 Inventory | | 24' cabin sailboat Custom Sail Boat Debtor unable to complete due to health problelms .10% complete; WIP for Mike Fitzgibbons | J | Unknown |
| 29 Animals | | 2 dogs-of value only to the debtors | J | 2.00 |
| 30 Crops - growing or harvested Give particulars | X | | | |
| 31 Farming equipment and implements | X | | | |
| 32 Farm supplies, chemicals, and feed | X | | | |

|  | Sub-Total > | 10,103.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **James Milton Blowe,**  Case No _____
         **Deana Snavely Blowe**

_____
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33  Other personal property of any kind not already listed | | **professionally prescribed health aid:**  **eyeglasses** | **J** | **100.00** |

|  | Sub-Total > | **100.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **12,431.00** |

Sheet __**5**__ of __**5**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **James Milton Blowe,**                                    Case No _____
**Deana Snavely Blowe**

                                            Debtors
## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*
☐  11 U S C  §522(b)(1)   Exemptions provided in 11 U S C §522(d)  Note  These exemptions are available only in certain states
■  11 U S C  §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                          been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                          period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                          is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** 47617 Rabbit Road Altoona, FL | Fla. Const. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 50,000.00 | 50,000.00 |
| leased to own home | | | |
| **Cash on Hand** cash on hand | Fla. Const. art. X, § 4(a)(2) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** checking and savings with: | Fla. Const  art. X, § 4(a)(2) | 0.00 | 0.00 |
| Insight Financial Credit Union P.O. Box 4900 Orlando, FL 32802 | | | |
| act ending in #: 157 | | | |
| Savings and checking: | Fla  Const. art. X, § 4(a)(2) | 30.00 | 30.00 |
| North Carolina Credit Union Raleigh, NC | | | |
| savings ending in. 295 checking ending in: 218 | | | |
| **Household Goods and Furnishings** answering machine, lamps(4), refrigerator, bed, clocks(3), love seat, satellite system, filing cabinets(2), sewing machine and table, coffee table, book shelves(2), computer, microwave, desks(2), mower, sofa, stereo, night table, dining chairs(4), bureaus(2), DVD player, dining table, stove, camcorder, dresser, oven, tape recorder, *cameras(2), dryer,* TV, *cassette player,* end tables(2), pictures(3), cd player, entertainment center, vacuum, chairs(2), radio and washer | Fla. Const. art. X, § 4(a)(2) | 441.00 | 441.00 |
| pots, pans, glasses, dishes, flatware, toiletries, electric can opener, bread maker, toaster, coffee maker, assorted miscellaneous tools | Fla. Const art X, § 4(a)(2) | 200.00 | 200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** music tapes, 3 Christmas cds, 3 music cds | Fla. Const art X, § 4(a)(2) | 15.00 | 15.00 |
| **Wearing Apparel** debtors clothing | Fla. Const  art. X, § 4(a)(2) | 170.00 | 170.00 |

  __2__   continuation sheets attached to Schedule of Property Claimed as Exempt

In re  **James Milton Blowe,**
**Deana Snavely Blowe**

Case No _____

Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| 1 class ring, 2 wedding bands, 1 engagement ring, 2 watches | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| scuba diving equipment, 41 shot gun, bow and arrows | Fla. Const art. X, § 4(a)(2) | 250.00 | 250.00 |
| **Interests in Insurance Policies** | | | |
| Wife's insurance policy: | Fla. Stat. Ann. § 222.14 | 1.00 | 1.00 |
| Jefferson Pilot P.O. Box 21008 Greensboro, NC 27420 | | | |
| policy: JP4296468 | | | |
| 100K face value and 90 cash value already borrowed against. Debtor claims 100% exempt regardless of fair market value | | | |
| Husband's term life insurance policy: | Fla. Stat. Ann. § 222.13 | 1.00 | 1.00 |
| Insight Financial 10,000 face value | | | |
| not part of bankruptcy estate and, therefore, listed as exempt listed for disclosure purposes only | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Wife's Pension with Florida Retirement System P.O. Box 1330 Tallahassee, FL 32317 | Fla. Stat. Ann. § 222.21(1) | 0.00 | Unknown |
| 100% claimed as exempt regardless of actual fair market value | | | |
| **Accounts Receivable** | | | |
| potential lump sum Social Security Disability payment | Fla. Stat. Ann. § 222.201; 11 U.S.C. § 522(d)(10)(A) | 0.00 | 0.00 |
| estimated fair market value is currently approximately  $ 0.00, but application is in process. 100% exempt regardless of value | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1989 Lincoln Towncar 173,445 miles | Fla. Stat. Ann. § 222.25(1) | 0.00 | 1,000.00 |
| Avon Inflatable | Fla. Const. art. X, § 4(a)(2) | 150.00 | 150.00 |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     James Milton Blowe,                                          Case No _____
          Deana Snavely Blowe

_____
                    Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 22 FT Explorer Sailboat -25 years old needs extensive repairs (dry rot)-of value only to the debtors due to condition ($ 1.00) with 2 trailers ($ 200.00) | Fla. Const. art. X, § 4(a)(2) | 201.00 | 201.00 |
| 1997 Ford Explorer, VIN IFMCU22E8VUA5 4468, Danny LaFlame is straw borrower (Title is in his name until loan pd. off)  Ford Motor Credit has PMSI $4000 | Fla. Stat. Ann  § 222.25(1) | 0.00 | 4,650.00 |
| Machinery, Fixtures, Equipment and Supplies Used in Business 10" Table saw 12" sander small band saw assorted electrical carpenter tools assorted mechanical tools assorted hand tools | Fla. Const. art. X, § 4(a)(2) | 421.00 | 450.00 |
| Animals 2 dogs-of value only to the debtors | Fla. Const. art  X, § 4(a)(2) | 2.00 | 2.00 |
| Other Personal Property of Any Kind Not Already Listed professionally prescribed health aid: eyeglasses | Fla. Stat. Ann. § 222.25(2) | 100.00 | 100.00 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

Form B6D
(12/03)

In re      **James Milton Blowe,**                                      Case No _____
           **Deana Snavely Blowe**
_____
                                    Debtors
# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests  List creditors in alphabetical order to the extent practicable  If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No

**Edna Snavely**
**P.O. Box 680**
**Umatilla, FL 32784** | | | | J | lease to own

47617 Rabbit Road
Altoona, FL

leased to own home | | | | | |
| | | | | | Value $              50,000.00 | | | | 0.00 | 0.00 |
| Account No | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**    continuation sheets attached

Subtotal
(Total of this page)                 0.00

Total
(Report on Summary of Schedules)        0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6E
(12/03)

In re    **James Milton Blowe,**                                          Case No._____
         **Deana Snavely Blowe**
                                                          _____,
                                                                  Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U S C  § 507 (a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____ **0** ___ continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions  Inc - Evanston  IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F
(12/03)

In re    **James Milton Blowe,**                                     Case No _____
         **Deana Snavely Blowe**

                                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  n/a<br><br>**Alternative Recovery Mgmt**<br>**8204 Parkway Dr., Ste 9**<br>**La Mesa, CA 91942** | | J | agent for Greenpoint Credit | | | | 0.00 |
| Account No  5435 12302172<br><br>**Bank One**<br>**Triadvantage Credit Serv.**<br>**1160 Centre Pointe Dr.**<br>**Suite # 1**<br>**Saint Paul, MN 55120** | | J | unknown<br>collection agent for Bank One | | | | 0.00 |
| Account No  unknown<br><br>**Bank One**<br>**Viking Collection Service**<br>**P.O. Box 59207**<br>**Minneapolis, MN 55459** | | J | unknown<br>collection agent for Bank One | | | | 0.00 |
| Account No  5435 5514 1230 2172<br><br>**Bank One Cardmember**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | J | 4/04<br>also ac # : 4417 1286 8321 7119<br>credit card | | | | 1,534.00 |

  _**10**_   continuation sheets attached

                                                              Subtotal
                                                        (Total of this page)          **1,534.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**                                    Case No. _____
         **Deana Snavely Blowe**
_____
                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  unknown<br><br>Bank One Cardmember<br>Bank One Law Dept.<br>DE1-1406<br>201 N. Walnut St.<br>Wilmington, DE 19801 | | J | unknown<br>collection agent for Bank One | | | | 0.00 |
| Account No  lot 14 middle creek Mobile Hom<br><br>Bowling Property Management<br>P.O. Box 1722<br>Garner, NC 27529 | | J | 8/03<br>mobile home lot rent | | | | 580.00 |
| Account No  30611<br><br>Cardiovascular Assoc-Lake Co<br>1879 Nightingale Lane<br>C-1<br>Tavares, FL 32778 | | J | 10/24/03<br>medical bill | | | | 1,795.00 |
| Account No  275818/276832<br><br>Central Florida Pathology Gr<br>P.O. Box 3009<br>Eustis, FL 32729 | | J | 10/03<br>medical bill | | | | 123.00 |
| Account No  unknown<br><br>Chamberlain Edmonds & Assoc<br>Florida Hospital Waterman<br>3194 Enisgrove Dr., E<br>Palm Harbor, FL 34683 | | J | uknown<br>collection agent for Florida Hospital | | | | 0.00 |

Sheet no  __1__  of __10__  sheets attached to Schedule of                    Subtotal                | 2,498.00 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2004 - Best Case Solutions  Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F Cont
(12/03)

In re      **James Milton Blowe,**
           **Deana Snavely Blowe**                                      Case No. _____

                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No  **54911 30015 202757**<br><br>**Citicards**<br>**f/k/a AT&T**<br>**Card Service Center**<br>**P.O. Box 6077**<br>**Sioux Falls, SD 57117** | | J | 4/04<br>credit card | | | | 479.00 |
| Account No  **unknown**<br><br>**Computer Credit**<br>**Leesburg Regional Medical Ce**<br>**Claims Dept. 016272**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | J | unknown<br>collection agent for Leesburg Regional Medical | | | | 0.00 |
| Account No  **unknown**<br><br>**Computer Credit, Inc.**<br>**Florida Hospital Waterman**<br>**Claim Dept. 002885**<br>**640 W. 4th St**<br>**Winston Salem, NC 27113** | | J | unknown<br>collection agent | | | | 0.00 |
| Account No  **400748**<br><br>**Culligan of Florida**<br>**P.O. Box 680627**<br>**Orlando, FL 32868** | | J | 7/03<br>water service | | | | 483.00 |
| Account No  **unknown**<br><br>**CVCS**<br>**Bank One**<br>**P.O. Box 59207**<br>**Minneapolis, MN 55459** | | J | unknown<br>collection agent for Bank one | | | | 0.00 |

Sheet no __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **962.00**

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston, IL - (800) 492-8037

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**                                    Case No. _____
           **Deana Snavely Blowe**

_____
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No  **6011 0036 5027 2899**<br><br>**Discover Card**<br>**P.O. Box 30957**<br>**Salt Lake City, UT 84130** | | | | J | | 3/04<br>**FMA Alliance agent**<br>**credit card** | | | | 3,293.00 |
| Account No<br><br>**Dr  Christy McCaskill, M.D.**<br>**Cary Women's Center**<br>**300 Ashville Ave**<br>**Cary, NC 27511** | | | | J | | medical bill | | | X | 0.00 |
| Account No  **86039**<br><br>**Dr. Frerking**<br>**915 East Alfred St.**<br>**Tavares, FL 32778** | | | | J | | 11/02<br>medical bill | | | | 259.00 |
| Account No  **12979/6390**<br><br>**Dr. Radnothy**<br>**P.O. Drawer 2325**<br>**Umatilla, FL 32784** | | | | J | | 8/03<br>medical bill | | | | 3,135.00 |
| Account No  **6390**<br><br>**Dr. Steven Nerad**<br>**18 North Eustis St.**<br>**Eustis, FL 32726** | | | | J | | 3/04<br>medical bill | | | | 2,018.00 |

Sheet no ___**3**___ of _**10**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,705.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**                                    Case No. _____
         **Deana Snavely Blowe**
_____
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No  L20199 <br><br> **Dr. Wayne Nevale** <br> **P.O. Box 5518** <br> **Athens, GA 30604** | | J | | 3/9/04 <br> medical bill | | | | 336.00 |
| Account No  **none** <br><br> **Edna Snavely** <br> **P.O. Box 68** <br> **Umatilla, FL 32784** | | J | | 2003 <br> loan | | | | 8,227.64 |
| Account No  3526698438554 <br><br> **Encore Receivable Mngmt** <br> **P O. Box 6000** <br> **Olathe, KS 66063-6000** | | J | | | | | | 78.40 |
| Account No  132037/190300/3119203/1393916 <br><br> **Florida Diagnostic Imaging** <br> **P.O. Box 69** <br> **Eustis, FL 32727** | | J | | 8/17/03 <br> medical bill | | | | 1,104.00 |
| Account No  1319203/1214656/1393916/132023 <br><br> **Florida Hospital Waterman** <br> **P.O. Box 333** <br> **Eustis, FL 32727** | | J | | 8/17/03 <br> and act # 724975 <br> medical bill | | | | 147.75 |

| Sheet no __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 9,893.79 |
|---|---|---|

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**                              Case No _____
         *Deana Snavely Blowe*

                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No  n/a<br><br>**FMA Alliance Ltd.**<br>**11811 No Freeway, Ste 900**<br>**Houston, TX 77060** | | | J | | **agent for Discover Finl Svcs, Inc.** | | | | 0.00 |
| Account No  xxxx4108<br><br>**George Brown Assoc, Inc**<br>**2200 Crownpoint Drive**<br>**Charlotte, NC 28227-7754** | | | J | | **08/2000**<br>**unknown creditor** | | | X | 50.00 |
| Account No  n/a<br><br>**GMCS**<br>**P.O. Box 5960**<br>**Athens, GA 30604** | | | J | | **agent for Lake Emergency Physicians** | | | | 0.00 |
| Account No  00030308246<br><br>**Greenpoint Credit Corp.**<br>**Deficiency Collection Dept.**<br>**P.O. Box 723308**<br>**Atlanta, GA 31139** | | | J | | **1/04**<br>**Alternative Recovery Mgmt agent**<br>**mortgage deficiency** | | | | 31,500.00 |
| Account No  unknown<br><br>**Harvard Collection Serv.**<br>**Culligan**<br>**4839 N. Elston Ave.**<br>**Chicago, IL 60630** | | | J | | **uknown**<br>**collection agent for Culligan** | | | | 0.00 |

Sheet no __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          31,550.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re      **James Milton Blowe,**                                              Case No. _____
           **Deana Snavely Blowe**

_____
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No  **619**<br><br>**Interstate Batteries**<br>**366 Loyd Lane**<br>**Oviedo, FL 32765** | J | | | | **12/03**<br>**auto parts service** | | | | **129.00** |
| Account No  **L3644/A36780/A73738**<br><br>**Lake Emergency Phyisicians**<br>**Alliance Emergency Group**<br>**P.O. Box 5518**<br>**Athens, GA 30604** | J | | | | **7/02**<br>**medical bill** | | | | **875.00** |
| Account No  **326700186**<br><br>**Leesburg Regional Medical**<br>**P.O. Box 490717**<br>**Leesburg, FL 34749** | J | | | | **9/03**<br>**medical bill** | | | | **6,985.00** |
| Account No  **5490 9919 4302 5375**<br><br>**MBNA**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850** | J | | | | **3/04**<br>**credit card** | | | | **5,245.00** |
| Account No  **unknown**<br><br>**Medical Service**<br>**a/k/a North American Credit**<br>**2810 Walker Rd.**<br>**Chattanooga, TN 37421** | J | | | | **unknown**<br>**collection agent for Florida Hospital** | | | | **0.00** |

Sheet no ___6___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,234.00**

Copyright (c) 1996-2004 - Best Case Solutions  Inc  - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**                                    Case No _____
         **Deana Snavely Blowe**

                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No **N/A**<br><br>**Mike Fitzgibbon**<br>**21565 Aberdeen Rd.**<br>**Rocky River, OH 44116** | | | | J | 3/03<br>**boat building service** | | | | **34,735.00** |
| Account No. **n/a**<br><br>**NCO Financial Services**<br>**507 Prudential Boad**<br>**Horsham, PA 19044** | | | | J | **agent for MBNA** | | | | **0.00** |
| Account No<br><br>**Nora Rampe**<br>**36910 No Thrill Hill Rd**<br>**Eustis, FL 32736** | | | | J | loan | | | | **1,500.00** |
| Account No  **unknown**<br><br>**North American Credit Serv.**<br>**Florida Hospital Waterman**<br>**2810 Walker Rd.**<br>**SUite 100**<br>**Chattanooga, TN 37421** | | | | J | **unknown**<br>**collection agent** | | | | **0.00** |
| Account No  **271893**<br><br>**Northern Leasing Systems, In**<br>**132 West 31st, 14th Floor**<br>**New York, NY 10001** | | | | J | 12/03<br>**business Service** | | | | **420.00** |

Sheet no __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **36,655.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**
    **Deana Snavely Blowe**

Case No _____

_____
                       Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  **unknown**<br><br>**Professional Credit Serv.,**<br>**Sprint**<br>**P.O. Box 13128**<br>**Hauppauge, NY 11788** | J | | **unknown**<br>**collection agent for Sprint** | | | | **0.00** |
| Account No  **unknown**<br><br>**Professional Recovery**<br>**2700 Meridan Parkway**<br>**Suite 100**<br>**Durham, NC 27713** | J | | **unknown**<br>**collection agent for Centura Bank** | | | | **0.00** |
| Account No  **unknown**<br><br>**Quality Collection Services**<br>**Florida Diagnostic Imaging**<br>**P.O. Box 149281**<br>**Orlando, FL 32814** | J | | **unknown**<br>**collection agent** | | | | **0.00** |
| Account No  **012-8319751**<br><br>**RBC Centura Bank**<br>**Recovery Dept**<br>**P.O. Box 2155**<br>**Rocky Mount, NC 27802** | J | | **3/04**<br>**credit card** | | | | **181.00** |
| Account No  **796**<br><br>**RFI**<br>**13770 50th Way N.**<br>**Clearwater, FL 33760** | J | | **8/5/03**<br>**business service** | | | | **128.00** |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)      **309.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**
         **Deana Snavely Blowe**                                Case No. _____

_____
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No **none**<br><br>**Richard Melvis**<br>**87 Buccaneer Dr.**<br>**Leesburg, FL 34788** | | J | 4/03<br>**boat building serv.** | | | | 822.00 |
| Account No **unknown**<br><br>**Risk Management**<br>**Florida Hospital Waterman**<br>**P.O. Box 105031**<br>**Atlanta, GA 30348** | | J | unknown<br>**collection agent for Florida Hospital Waterman** | | | | 0.00 |
| Account No **43627**<br><br>**Snap On**<br>**3009 Colfax St.**<br>**Eustis, FL 32726** | | J | 10/03<br>**credit for tools** | | | | 421.00 |
| Account No **01012192690**<br><br>**Sprint PCS**<br>**P.O. Box 740602**<br>**Cincinnati, OH 45274** | | J | 7/03<br>**telephone bill** | | | | 159.00 |
| Account No **107170**<br><br>**Synergetic Communications,**<br>**306 N. Spokane St.**<br>**Suite H**<br>**Post Falls, ID 83854** | | J | unknown<br>**collection agnet** | | | | 0.00 |

Sheet no   **9**   of **10**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          1,402.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **James Milton Blowe,**
         **Deana Snavely Blowe**                                    Case No. _____

                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No **unknown** <br><br> **The Capella Group** <br> **Florida Hospital Waterman** <br> **P.O. Box 200368** <br> **Arlington, TX 76006** | J | | | unknown <br> **collection agent for Florida Hospital Waterman** | | | | 0.00 |
| Account No **400-001-1624410-001** <br><br> **Triad Financial Corp** <br> **7711 Center Ave, Ste 250** <br> **Huntington Beach, CA 92647** | J | | | 01/2001 <br> **Van repo** | | | X | 10,000.00 |
| Account No **R05316** <br><br> **Viking Collection Serv., Inc** <br> **P.O. Box 59207** <br> **Minneapolis, MN 55459** | J | | | unknown <br> **collection agent for Bank One** | | | | 0.00 |
| Account No <br><br> **Wake County Revenue Dept.** <br> **Garland H Jones Bldg, Lower** <br> **P.O. Box 2331** <br> **Raleigh, NC 27602-2331** | J | | | property taxes | | | | 0.00 |
| Account No <br><br> | | | | | | | | |

Sheet no __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 10,000.00 |
| Total <br> (Report on Summary of Schedules) | 116,742.79 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **James Milton Blowe,**               Case No _____
           **Deana Snavely Blowe**

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors

■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest State whether lease is for nonresidential real property State contract number of any government contract |
|---|---|

 

<u> 0  </u> continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston  IL - (800) 492-8037                           Best Case Bankruptcy

In re   **James Milton Blowe,**                                     Case No _____
        **Deana Snavely Blowe**
_____
                              Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☐  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel LaFlamme**<br>**15221 Old U.S. Highway 441**<br>**Tavares, FL 32778** | **Ford Motor Credit**<br>**P.O. Box 830339CC**<br>**Birmingham, AL 35283** |

__0__  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions Inc - Evanston IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6I
(12/03)

In re    **James Milton Blowe,**                                    Case No _____
         **Deana Snavely Blowe**
_____
                              Debtors
# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>daughter<br>daughter | AGE<br>3 years<br>5 years |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **school teacher** |
| Name of Employer | **none-disabled** | **Lake County Schools** |
| How long employed | | **7 months** |
| Address of Employer | | **Oak Park Middle<br>South St.<br>Leesburg, FL 34748** |

| INCOME   (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0 00 | $ 2,781.25 |
| Estimated monthly overtime . . . . | $ 0.00 | $ 0.00 |
| SUBTOTAL   . . .      . . . . .       . .   . . .       . . . . | $ 0.00 | $ 2,781.25 |
| LESS PAYROLL DEDUCTIONS | | |
| a  Payroll taxes and social security                       . | $ 0 00 | $ 373.85 |
| b  Insurance   . . .      .     . . .             . .          . . . | $ 0.00 | $ 0.00 |
| c  Union dues           .                    . .              . . . | $ 0.00 | $ 0.00 |
| d  Other (Specify)_____ | $ 0.00 | $ 0.00 |
| _____                 . | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS            . . . | $ 0.00 | $ 373.85 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,407 40 |
| Regular income from operation of business or profession or farm (attach detailed statement)      .            .   . .                 . .   . | $ 0 00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends   . . . .            . . . .            . . . | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above     .                      . | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____    . .          . | $ 0.00 | $ 0.00 |
| _____        . | $ 0 00 | $ 0.00 |
| Pension or retirement income        .                 .             . . | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____             . . | $ 0.00 | $ 0.00 |
| _____         . . . | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 2,407.40 |
| TOTAL COMBINED MONTHLY INCOME      $ 2,407.40 | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

In re   **James Milton Blowe,**                                    Case No _____
      **Deana Snavely Blowe**
_____,
                          Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse "

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . | . $ | 488.37 |
| Are real estate taxes included?        Yes_____    No __X__ | | |
| Is property insurance included?        Yes_____    No __X__ | | |
| Utilities. Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . | $ | 145.00 |
|       Water and sewer . . . . . . . . . . . . . . . . . | . $ | 0.00 |
|       Telephone . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
|       Other____**cell phone, internet and cable**_____ | $ | 105.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . | $ | 0.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 425.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 30.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . | $ | 0.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . | . $ | 25.00 |
| Transportation (not including car payments) . . . . . . . . . . . | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc  . . . | . $ | 50.00 |
| Charitable contributions . . . . . . . . . . . . . . . . | $ | 275 00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's . . . . . . . . . . . . . . . | $ | 0.00 |
|       Life . . . . . . . . . . . | $ | 50 83 |
|       Health . . . . . . . . . . . . . . . | $ | 0.00 |
|       Auto . . . . . . . . . . . . . | $ | 67.00 |
|       Other_____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)____**property taxes**_____ | $ | 45.00 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|       Auto . . . . . . . . . . . . . . . . . . . . . . | $ | 300.00 |
|       Other_____ | $ | 0.00 |
|       Other_____ | $ | 0.00 |
|       Other_____ . . . . $ | $ | 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . | $ | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement)  . . . | $ | 0.00 |
| Other____**pet supplies, haircuts, school lunches, allowance**_____ . . $ | $ | 100.00 |
| Other____**misc. household supplies**_____ . . . . . . $ | $ | 30.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  . . . . . . . . . . . . | $ | 2,386.20 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | | |
|---|---|---:|
| A  Total projected monthly income . . . . . . . . . . . . . . . | . . $ | N/A |
| B  Total projected monthly expenses . . . . . . . . . . . . . . | . . $ | N/A |
| C  Excess income (A minus B) . . . . . . . . . . . . . . | . . . $ | N/A |
| D  Total amount to be paid into plan each _____ . | $ | N/A |
|                              (interval) | | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **James Milton Blowe**
       **Deana Snavely Blowe**                  Case No _____

                                   Debtor(s)        Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **27** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief

Date ____6/11/04____      Signature _____
                                      **James Milton Blowe**
                                      Debtor

Date ____6/11/04____      Signature _____
                                      **Deana Snavely Blowe**
                                      Joint Debtor

*Penalty for making a false statement or concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C. §§  152 and 3571

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

**James Milton Blowe**

In re **Deana Snavely Blowe** _____   Case No _____

Debtor(s)   Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25 **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

*DEFINITIONS*

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor 11 U S C § 101

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced State also the gross amounts received during the **two years** immediately preceding this calendar year (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| **$17,558 00** | **Husband's income from employment in 2002** |
| **$18,905 22** | **Wife's income from employment in 2002** |
| **$8,019.00** | **Wife's income from employment in 2003** |
| **$7,707.84** | **Wife's year to date income from employment** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case Give particulars If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE |
|--------|--------|
| **$10,000.00** | **debtors cashed in North Carolina Retirement Plan in 2002** |

## 3. Payments to creditors

None
■    a  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Edna Snavely**<br>**P.O. Box 68**<br>**Umatilla, FL 32784**<br>  **mother in law** | **2003** | **$400.00** | **$8,227.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **James Blowe v Social Security Administration** | **applying for Social Security Disability** | | **pending, paperwork not completed** |

None
■    b  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Greenpoint Credit Corp.**<br>**Deficiency Collection Dept.**<br>**P.O. Box 723308**<br>**Atlanta, GA 31139** | **1/16/04** | **mortgage deficiency -$ 36,068.21** |
| **Triad Financial Corp**<br>**7711 Center Ave, Ste 250**<br>**Huntington Beach, CA 92647** | **01/2001** | **Ford Minivan repo'd, Act #400-001-1624410-0001 Balanced out 9/2001** |

3

**6. Assignments and receiverships**

None
■

a Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **North Lake Church of Christ Eustis, FL** | **none** | **3/03 to 3/04** | **tithes and offerings -$ 1000.00** |
| **Frank Martinez 37220 S R 19 Tavares, FL 32778** | **none-church brother** | **7/03** | **1991 Pontiac Le Manns -$ 500.00** |

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **5 HP Johnson Motor -FMV $ 200.00** | **stolen and was not covered by insurance** | **within last 12 months** |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling Serv.** | **4/03 paid $ 350.00** | |

4

### 10. Other transfers

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **unknown** **unknown** none | **3/04** | **debtor sold a saw and hand tools at a yard sale for $ 350 00** |
| **Freeman Motor Car Co** **37220 S R 19** **Umatilla, FL 32784** none | **3/04** | **sold Ford Bronco for $ 500.00** |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **United Southern Bank** **Umatilla, FL** | **business checking account closed with zero balance in Jan 2004** | |

### 12 Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Eleanor Blowe** **same as debtors** | **bed, clothes, stuffed animals, toys, VCR, TV FMV $ 50.00** | **debtors hometead** |
| **Michaela Blowe** **same as debtors** | **bed, clothes, suffed animals, toys  FMV $ 30.00** | **debtor's homestead** |

5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Mike Fitzgibbons**<br>**21565 Aberdeen Rd**<br>**Rocky River, OH 44116** | **bone structure of boat-FMV $ 12,000.00** | **debtor's homestead** |

**15. Prior address of debtor**

None
■
If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
☐

a  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D  NO  (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------------------------|---------|--------------------|----------------------------|
| **Marine Woodwork & Boat Repair Prop.** | | **same as debtors** | **boat repair Start 10/2002 part time End 08/2003** | |
| **James Blowe** | | **see petition** | **debtor was a 1099 employee for Old Time Boat Co. Start 03/2002 - end 12/2002** | |
| **James Blowe** | | **see petition** | **need info for co in Apex, NC** | |

None
■

b  Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C  § 101

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case  A debtor who has not been in business within those six years should go directly to the signature page )*

**19. Books, records and financial statements**

None
☐

a  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| **James Blowe same as petition** | **bookkeeper for Marine Woodwork** |

None
■

b  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|

None
☐

c  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor  If any of the books of account and records are not available, explain

| NAME | ADDRESS |
|------|---------|
| **James Blowe books for Marine Woodwork** | **see petition** |

7

| None ■ | d  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor |

NAME AND ADDRESS                                      DATE ISSUED

### 20. Inventories

| None ■ | a  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory |

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

| None ■ | b  List the name and address of the person having possession of the records of each of the two inventories reported in a , above |

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

| None ■ | a  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership |

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

| None ■ | b  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation |

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

| None ■ | a  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case |

NAME                              ADDRESS                        DATE OF WITHDRAWAL

| None ■ | b  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case |

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case |

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case |

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER

8

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  6-11-04                          Signature  _James Milton Blowe_
                                                  **James Milton Blowe**
                                                  Debtor

Date  6-11-04                          Signature  _Deana Snavely Blowe_
                                                  **Deana Snavely Blowe**
                                                  Joint Debtor

*Penalty for making a false statement*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re    **James Milton Blowe**
      **Deana Snavely Blowe** _____

                       Debtor(s)

Case No _____

Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2    I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a   Property to Be Surrendered*

**Description of Property**
**-NONE-**

                       **Creditor's name**

     *b   Property to Be Retained*             *[Check any applicable statement ]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|---|
| 1. | **1997 Ford Explorer Sport, 90,832 miles, 2wd** | **Ford Motor Credit** | | | **X** |
| | **Registered to Danny LaFlamme, straw borrower** | | | | |
| 2. | **47617 Rabbit Road Altoona, FL** | **Edna Snavely** | **Debtor will retain collateral and continue to make regular payments.** | | |
| | **leased to own home** | | | | |

Date _6-11-04_ _____

Signature _James Milton Blowe (signature)_ _____
         **James Milton Blowe**
         Debtor

Date _6-11-04_ _____

Signature _Deana Snavely Blowe (signature)_ _____
         **Deana Snavely Blowe**
         Joint Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re    **James Milton Blowe**
       **Deana Snavely Blowe**                     Case No                             

                                         Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1    Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 700.00 |
| Prior to the filing of this statement I have received | $ | 700.00 |
| Balance Due | $ | 0.00 |

2    $ __209.00__ of the filing fee has been paid

3    The source of the compensation paid to me was

     ■            Debtor         ☐         Other (specify)

4    The source of compensation to be paid to me is

     ■            Debtor         ☐         Other (specify)

5    ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

     ☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm
         A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

6    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
     a   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required,
     b   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof,
     c   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7    By agreement with the debtor(s), the above-disclosed fee does not include the following service
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated   _06/11/04_

                                       Donald E. Petersen
                                       **Law Offices of Donald E. Petersen**
                                       **P.O. Box 1948**
                                       **Orlando, FL 32802-1948**
                                       **(407) 648-9050  Fax: (407) 648-4316**